# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| IN THE MATTER OF: | Civil No.    11-cv-1546 (JRT/LIB) |
| Bartos v. Kloeppner | Bky No.    10-60981 |
| | Adv. No.    10-6036 |

**CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE:  BANKRUPTCY TRANSMITTAL**

You are hereby notified that on    June 13, 2011    we filed the following:

**APPEAL FROM U. S. BANKRUPTCY COURT MATTER**

☐   Clerk's Record on Appeal (see Briefing Schedule below)

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS
Pursuant to Federal Rules of Bankruptcy Procedure 8009

Appellant to electronically file and submit two copies of brief within 14 days after entry of appeal on the docket. Appellee to electronically file and submit two copies of brief within 14 days after service of appellant's brief. Appellant may electronically file and submit two copies of a reply brief within 14 days after service of appellee's brief.

**OTHER BANKRUPTCY MATTERS/PROCEEDINGS**

☐   Motion, etc. for Leave to Appeal
☐   Transferred Adversary Proceeding Papers
☐   Motion to Withdraw Reference
☐   Order of Contempt
☐   Proposed Findings and Conclusions in non-core adversary

This matter has been assigned to Judge   John R. Tunheim   under the above civil action number, and counsel should contact   Holly McLelland  , Calendar Clerk, at  612-664-5083  for further information concerning this matter.

DATE:  June 13, 2011                                             RICHARD D. SLETTEN, CLERK

                                                                                BY    s/Thomas S. Schappa
                                                                                       Thomas S. Schappa, Deputy Clerk

cc:  Clerk, U. S. Bankruptcy Court
     U. S. Trustee
     All Counsel of Record